No. 938. CAPO *v.* UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. V. Walton* and *Harold A. Henderson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *John J. Byrne* for the United States.

No. 940. SATINOVER *v.* UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank F. L'Engle* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *John J. Byrne* for the United States.

No. 947. MARSIGLIA *v.* UNITED STATES. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Angelo Marsiglia, pro se. Solicitor General Thacher, Assistant Attorney General Luhring,* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.